# TROY LAW, PLLC
ATTORNEYS / COUNSELORS AT LAW
Tel: 718 762 1324   johntroy@troypllc.com   Fax: 718 762 1342
41-25 Kissena Blvd., Suite 110, Flushing, New York 11355

June 21, 2023

<u>Via ECF</u>
Hon. Hector Gonzalez. U.S.D.J.
United States District Court
Eastern District Court of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   **Notice of Settlement in Principle and Request for Four Weeks to Submit Joint Fairness Letter Motion with Signed Settlement Agreement**
*20-cv-01597 Loh v. Kong Kee Food Group et al. ("Action 1");*
*20-cv-04744 Loh v. 212 Grand Food Corp. ("Action 2")*

Dear Judge Gonzalez:

This office represents Plaintiff in the above-referenced matter. Plaintiff writes jointly with Defendants to notify the Court that the parties have just reached a tentative settlement for the total sum of $126,500 including attorney's fees (the amount recommended by Mediator Esterman) with payment terms to be finalized.

The parties further respectfully request four (4) weeks to submit the executed Settlement Agreement for Your Honor's judicial approval.

Given the foregoing, the parties respectfully request adjournment of all motions or trial submission, the pretrial conferences, trial pending, and other deadlines on the latest Scheduling Order dated March 31, 2023, pending Your Honor's approval of a settlement agreement.

The parties thank the Court's kind consideration on this matter.

Respectfully Submitted,

**TROY LAW PLLC**
*Attorneys for* Plaintiff
/s/ John Troy
John Troy, Esq.